# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ORLANDO MITCHELL,<br><br>        Petitioner,<br><br>vs.<br><br>HEIDI M. LACKNER, Warden,<br><br>        Respondent. | Case No. EDCV 13-1807-DMG (JPR)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: October 31, 2014

                                                    *[signature]*
                                      DOLLY M. GEE
                                      UNITED STATES DISTRICT JUDGE